**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ASSURED GUARANTY CORP. and ASSURED GUARANTY MUNICIPAL CORP.,<br><br>                                    Movants,<br><br>                -against-<br><br>COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, ALEJANDRO GARCÍA PADILLA, CARMEN VILLAR PRADOS, MELBA ACOSTA FEBO, JUAN C. ZARAGOZA GÓMEZ, and JOHN DOES 1-4,<br><br>                                    Respondents. | No. 16-cv-_____ |

**ORDER GRANTING ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. RELIEF FROM THE PROMESA STAY**

Upon consideration of the motion (the "Motion")[1] of Assured Guaranty Corp. ("AGC") and Assured Guaranty Municipal Corp., f/k/a Financial Security Assurance Inc. ("AGM" and, together with AGC, "Movants"); it appearing that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and section 405(e)(1) of PROMESA, (ii) venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391, and (iii) notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.      The Motion is GRANTED as set forth herein.

---

[1]    Each capitalized term used but not defined herein shall have the meaning ascribed to it in the Motion.

2

2.     The stay of section 405(b) of PROMESA is hereby lifted pursuant to section 405(e)(2) of PROMESA for "cause shown" to permit Movants to pursue an action against Respondents and additional persons that from time-to-time may be named as defendants by filing a complaint substantially in the form of the Proposed Complaint attached as Exhibit B to the Motion, as such complaint may be amended from time-to-time to assert additional claims, to prevent expropriation of Movants' property interests (including in the Toll Revenues) and for damages under section 407 of PROMESA and applicable law. The PROMESA Stay shall not prevent Movants from seeking to have such action heard on an expedited basis.

3.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.


Dated:     _____, 2016
           San Juan, Puerto Rico


_____
UNITED STATES DISTRICT JUDGE

2